UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D- 4 MADISON MONTGOMERY,

    Defendant.

Case No. 18-cr-20151

HON. MATTHEW F. LEITMAN
United States District Judge

## ORDER REGARDING COMPETENCY AND SETTING DATES

This matter having come before the Court for a competency hearing following entry of an order for a competency evaluation. (R. 194). Defendant was evaluated at the Federal Medical Center-Carswell in Fort Worth, Texas. In a report dated November 1, 2018, the medical personnel at the Federal Medical Center concluded that defendant "has adequate competency-related understanding and abilities" and "she does not present with any major mental health symptoms … that would prevent her from being a competent defendant."

The parties having stipulated to the content and findings in the forensic report, the Court adopts the findings and conclusions of the Forensic Psychologist, as set forth in the forensic evaluation report. Further, based on the Court's observations of defendant in open court the Court concludes

that defendant is not presently suffering from a mental disease or defect that has rendered her mentally incompetent.

Accordingly, pursuant to 18 U.S.C. §§ 4241, the Court finds, by a preponderance of the evidence, that defendant is competent to stand trial.

The dates in this matter are reset as follows:

| | |
|---|---|
| Plea Cut-off: | February 1, 2019 |
| Trial Documents Filing Deadline: | March 20, 2019 |
| Final Pretrial Conference: | April 3, 2019 at 1:30 p.m. |
| Jury Trial: | April 16, 2019 at 9:00 a.m. |

It is ordered that the time between July 12, 2018 and December 13, 2018, is excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:   December 21, 2018