UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,                                 Case No. 18-cr-20151
                                              Hon. Matthew F. Leitman

v.

D4, MADISON MONTGOMERY,

      Defendant.
_____/

## **ORDER GRANTING LIMITED PRESENTENCING RELEASE**

The Defendant is currently incarcerated and awaiting her sentencing. On April 16, 2019, Defendant filed an emergency motion for limited release from incarceration to attend the funeral of her grandfather. The Court **GRANTS** the motion and authorizes Defendant's release from custody for a strictly limited period of time. Defendant shall be released from the Clare County Jail at **12 p.m. (noon) on Friday, April 19, 2019**, and she shall return to the Clare County Jail and submit to continued detention by not later than **6:00 p.m. on Sunday, April 21, 2019**. In all other respects, the order of detention remains in full force and effect. Other than travel to and from the Clare County Jail, Defendant shall remain in Genesee County during her release. Defendant shall remain in the presence of her father, mother, or both at all times during her release. Should Defendant fail to return to the Clare

County Jail at the subscribed time and date, an arrest warrant will be issued and, in addition, Defendant shall be subject to punishment for criminal contempt.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 17, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 17, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764